Hon Wallace Capel, Jr
United States Magistrate Judge,

    My request your Magistrate is for an extension on my filing fee with all due respect.
    Requesting for extension on this day april 26th, 2007.

Respectfully,
Elwenel Bowken

Civil Action No. 2:07-CV-303-MEF
[WO]



Edward Bowman
#182583 - H(-14b
800 Fountain
Atmore, Al 36503

MOBILE AL 365
APR 2007 PM 2 T

LEGAL

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711

36101+0711