IN THE UNITED STATES DISTRICT COURT
For the Middle District of Alabama
Northern Division

Edward Bowman #182583 )
  Plaintiff, )
 ) 2:07-CV-303-MEF
 )
 V )
 )
Richard Allen )
  Defendant, )

## MOTION FOR EXTENSION

Plaintiff is requesting the court for additional time to submit the initial partial filing fee to the court as directed by order for May 18, 2007. Plaintiff has not secured funds to provide for initial filing fee.

Plaintiff has complied with the court by authorizing the clerk of the Business office to withhold and forward the 20% and the initial partial filing fee to the courts.

Done this day 15 May 2007

Edward Bowman #182583



Edward Bowman #182583
H-14B
3800 Fountain
Atmore, Al 36503

Office of The Clerk
United States District Court
Post Office Box 711
Montgomery, Al 36101-0711

LEGAL