In the District Court of the United States
For the Middle District of Alabama
Northern Division

Edward Bowman )
  Plaintiff, )
 )  Civil Action No. 2:07-CV-303
v. )
 )
Richard Allen, etc, )
  Defendant )

Motion To Proceed / Motion for extension

Plaintiff request the court for leave to proceed without initial partial filing fee. Plaintiff has requested several extension for the initial partial filing fee but has not secured any funds. The court has granted all extensions requested, and comes now again plaintiff needs another extension for the initial partial filing fee. Plaintiff prays that the court grants motion to proceed to alleviate the court system hands to redundant motion.

Done this day 25 of May 2007

Edward Bowman



Edward Bowman #182583 H/14b
3800 Fountain
Atmore, Al 36503

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711