IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD BOWMAN, #182583, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-303-MEF |
| ) | |
| RICHARD ALLEN, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on May 30, 2007 (Court Doc. No. 8), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that the plaintiff is GRANTED an extension from June 1, 2007 to and including June 15, 2007 to file the initial partial filing fee in compliance with the directives of the order entered on April 13, 2007 (Court Doc. No. 3).

Done this 30th day of May, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE