IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BOWMAN, #182583, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-303-MEF |
| | ) | |
| RICHARD ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to proceed without payment of the initial partial filing fee filed by the plaintiff on May 30, 2007 (Court Doc. No. 8), and as the plaintiff fails to present any legitimate basis for such action, it is

ORDERED that this motion be and is hereby DENIED.

Done this 30th day of May, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE