IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EDWARD BOWMAN #182583
    PLAINTIFF,

    V.

Richard Allen, etc.
    Defendant

Civil Action. 2:07-cv-303

Motion for Extension

Plaintiff request this Court for an Extension on his initial partial filing fee due to the fact that Plaintiff has not secured the proper funds ordered by the Court.

Done this day 13th day of June 2007.

Respectfully,

*Edward Bowman*

Edward Bowman #182583
3800 Fountain
Atmore, Al 36503

**LEGAL**

36101+0711

UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION
Post Office Box 711
Montgomery, Al 36101-0711



UNITED STATES POSTAGE
$ 00.41⁰
JUN 18 2007
MAILED FROM ZIP CODE 36502
PITNEY BOWES
02 1A
0004309410