```
           IN THE DISTRICT COURT OF THE UNITEDSTATES
              FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

EDWARD BOWMAN, 182583,  \*
    Plaintiff           \*
                        \*
                        \*
    v.                  \*   Civil Action No: 2:07-CV-303
                        \*
RICHARD ALLEN, etc,     \*
    Defendant.          \*

RECEIVED 2007 JUL -5 A 10:19

## MOTION TO DISMISS COMPLAINT

Comes now Plaintiff Edward Bowman, Requesting this Honorable Court to dismiss said complaint cause of action for a good cause. Plaintiff prays this Honorable court GRANTS said motion.

Done this day 2nd of July 2007.


RESPECTFULLY,   *[signature]*
                EDWARD BOWMAN, JR.



EDWARD BOWMN, JR. #182583
3800 FOUNTAIN
ATMORE, ALABAMA 36503

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711


