```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000327
Cashier ID: cstrecke
Transaction Date: 09/05/2007
Payer Name: FOUNTAIN CORRECTIONAL CENTER
-----------------------------------------
PLRA CIVIL FILING FEE
  For: EDWARD BOWMAN
  Case/Party: D-ALM-2-07-CV-000303-001
  Amount:           $20.00
-----------------------------------------
CHECK
  Remitter: FOUNTAIN CORRECTIONAL CENTER
  Check/Money Order Num: 31355
  Amt Tendered: $20.00
-----------------------------------------
Total Due:          $20.00
Total Tendered:     $20.00
Change Amt:         $0.00
DALM207CV000303-M
EDWARD BOWMAN
```