```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004265
Cashier ID: brobinso
Transaction Date: 03/12/2008
Payer Name: FOUNTAIN CORRECTIONAL CENTER
----------------------------------------
PLRA CIVIL FILING FEE
 For: EDWARD BOWMAN
 Case/Party: D-ALM-2-07-CV-000303-001
 Amount:        $20.00
----------------------------------------
CHECK
 Check/Money Order Num: 31914
 Amt Tendered:  $20.00
----------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00
```