```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005480
Cashier ID: khaynes
Transaction Date: 06/12/2008
Payer Name: FOUNTAIN CORRECTIONAL CENTER
------------------------------------
PLRA CIVIL FILING FEE
 For: EDWARD BOWMAN
 Case/Party: D-ALM-2-07-CV-000303-001
 Amount:        $44.00
------------------------------------
CHECK
 Check/Money Order Num: 0096
 Amt Tendered:  $44.00
------------------------------------
Total Due:        $44.00
Total Tendered: $44.00
Change Amt:        $0.00
```