```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006296
Cashier ID: khaynes
Transaction Date: 09/02/2008
Payer Name: FOUNTAIN CORRECTIONAL CENTER
-----------------------------------------
PLRA CIVIL FILING FEE
 For: EDWARD BOWMAN
 Case/Party: D-ALM-2-07-CV-000303-001
 Amount:         $20.00
-----------------------------------------
CHECK
 Check/Money Order Num: 1232
 Amt Tendered: $20.00
-----------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00
```